E-FILED 6/24/14

CLOSED

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA REYES<br><br>       Plaintiff,<br>   vs.<br><br>OCWEN LOAN SERVICING, LLC;<br>and DOES 1-10, Inclusive,<br><br>       Defendants. | Case No.: 14-cv-04058-PSG (JCx)<br><br>*Assigned to Philip S. Gutierrez*<br><br>**[~~PROPOSED~~] JUDGMENT OF DISMISSAL WITH PREJUDICE** |

On June 18, 2014, the Honorable Philip S. Gutierrez, granted Defendant, OCWEN LOAN SERVICING, LLC's ("OCWEN"), Motion to Dismiss the Complaint of Plaintiff, CLAUDIA REYES ("Plaintiff").

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that a Judgment of Dismissal with Prejudice is entered in favor of Defendant, OCWEN LOAN SERVICING, LLC, and against Plaintiff, CLAUDIA REYES.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated:  6/24/14

PHILIP S. GUTIERREZ
Honorable Philip S. Gutierrez
United States District Judge

1

[PROPOSED] JUDGMENT OF DISMISSAL